UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-193-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | GOVERNMENT'S PROPOSED |
| | ) | SEALED MOTION |
| | ) | |
| MILTON SMITH | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry No. 22 be sealed.

This the **20** day of August, 2013.

_____
JAMES C. FOX
Senior United States District Judge