UNITED STATES DISTRICT COURT
FORT THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-193-1F

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )     ORDER GRANTING MOTION TO |
| v. | )     CONTINUE SEPTEMBER 6, 2013 |
| | )     SENTENCING HEARING |
| MILTON SMITH | ) |

This matter comes before the Court by consent motion of the United States to continue the September 6, 2013, sentencing hearing in the above-captioned matter. Counsel for the Defendant knows of and consents to this motion. Accordingly, and for good cause shown in the motion, the Court hereby grants the motion. The sentencing hearing shall be continued to the Court's December 2, 2013, term of Court.

SO ORDERED this ___ 2 6 ___ day of August, 2013.

_James C. Fox_

HONORABLE JAMES C. FOX
Senior United States District Judge