UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-193-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | GOVERNMENT'S PROPOSED |
| | ) | <u>SEALED MOTION</u> |
| | ) | |
| MILTON SMITH | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry No. 30 be sealed.

This the 25 day of March, 2014.

*James C. Fox*
HONORABLE JAMES C. FOX
Senior United States District Judge